
    
        
 1 

 Courtney McCurdy, Petitioner  v.  Copart, Inc. Respondent 
No. 25SC407
Supreme Court of Colorado, En Banc
November 3, 2025
 Court of Appeals Case No. 24CA954 
 
  Petition for Writ of Certiorari DENIED. 
  JUSTICE HART does not participate. 
  CHIEF JUSTICE MÁRQUEZ and JUSTICE SAMOUR would grant as to the following issue: 
  Whether a small percentage of deceptive transactions in a high-volume business can establish a public impact under the Colorado Consumer Protection Act due to the number of foreseeable downstream consumers affected or likely to be affected by the practice. 

    
